**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,  : No. 221 EAL 2022
                                :
           Respondent          :
                                : Petition for Allowance of Appeal
                                : from the Order of the Superior Court
           v.                  :
                                :
                                :
WASBA A. LELAND,                :
                                :
           Petitioner          :

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of February, 2023, the Petition for Allowance of Appeal is **DENIED**.